UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FILED - USDC - FLMD - FTM
APR 30 2025 PM4:40

UNITED STATES OF AMERICA

v. CASE NO. 2:25-cr- 76- SPC-NPM
18 U.S.C. § 871

CHRISTOPHER DAVIES (**Threats against President and successors to the Presidency**)

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
(**Threats against President and successors to the Presidency**)

On or about March 10, 2025, in the Middle District of Florida, the defendant,

CHRISTOPHER DAVIES

did knowingly and willfully make a threat, which he understood and meant the words as a true threat, to take the life of, and to inflict bodily harm upon the President of the United States, by writing and delivering a letter to a Charlotte Correctional Institute Official stating in substance that he intended to kill Donald J. Trump, the President of

the United States.

All in violation of 18 U.S.C. § 871.

A TRUE BILL,

[redacted]

Foreperson

GREGORY W. KEHOE
United States Attorney

By: ______________________________
Patrick L. Darcey
Assistant United States Attorney

By: ______________________________
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

No. 2:25-cr-

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

CHRISTOPHER DAVIES

# INDICTMENT

Violations:
18 U.S.C. § 871.

A true bill

[redacted]

Foreperson

Filed in open court this 30th day

of April, 2025.

Courtney Ward
Clerk

Bail $____________________